Judith Cregan, Bar No. 208779
jcregan@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
MULTIPLAN, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BREWER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MULTIPLAN INC., and DOES 1 through 25,<br><br>  Defendants. | Case No.<br><br>*[Removed from Shasta Superior Court Case No. 25CV-0207044]*<br><br>**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**<br><br>**[FRCP RULE 7.1]**<br><br>Trial Date:    Not Yet Set<br>Complaint Filed:    February 14, 2025 |

Pursuant to Federal Rules of Civil Procedure Rule 7.1, the undersigned counsel of record for Defendant Multiplan, Inc. certifies the following:

- Defendant MultiPlan, Inc. is a wholly owned subsidiary of the Claritev Corporation.
- H&F Investors holds a 32.2 percent ownership of Claritev, Inc.
- Ares Management holds a 11.1 percent ownership of Claritev, Inc.
- MultiPlan, Inc.'s principal place of business is in McClean, Virginia and it is incorporated under the laws of the state of New York. It is therefore a citizen of Virginia pursuant to *Breitman v. May Co. California*, 37 F.3d 562, 564 (9th Cir. 1994) (corporation is citizen of state in which its corporate headquarters are located and where its executive and administrative functions are performed)
- MultiPlan, Inc. is the solely named defendant in this action.

Dated:  March 21, 2025                LITTLER MENDELSON, P.C.

*[signature: Judith A. Cregan]*

Judith Cregan
Attorneys for Defendant
MULTIPLAN, INC.

4913-1184-2092 / 066692.1021