Judith Cregan, Bar No. 208779
jcregan@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
MULTIPLAN INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BREWER, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>MULTIPLAN INC., and DOES 1 through 25,<br><br>  Defendants. | Case No.<br><br>*[Removed from Shasta Superior Court Case No. 25CV-0207044]*<br><br>**DECLARATION OF CAROL NUTTER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION TO FEDERAL COURT**<br><br>Trial Date:   Not Yet Set<br>Complaint Filed:   February 14, 2025 |

1.   I, Carol Nutter, do hereby declare and state as follows:

2.   I am over 18 years of age, and I submit this Declaration in support of Defendant MultiPlan, Inc.'s ("Defendant" or "MultiPlan") Notice of Removal. I am currently employed by MultiPlan, Inc., d/b/a Claritev, Inc. as the Chief People Officer. I make this declaration based on my personal knowledge and those business records available to me as they are kept in the ordinary course of business including corporate, employee personnel files, and pay records, which are known by me to be true and correct. I have personal knowledge of the facts set forth below and, if called upon to testify regarding the matters contained in this Declaration, I could and would competently do so.

3.   In my capacity as Chief People Officer, I have personal knowledge of MultiPlan's headquarters and its principal place of business. Defendant's principal place of business where its officers direct, control, and coordinate its activities is 7900 Tysons One Place, Suite 400, McLean, Virginia 22102. It was and is incorporated under the laws of the State of New York. I maintain an office at 7900 Tysons One Place, Suite 400, McLean, Virginia 22102 and do work along with Defendant's other senior management and high-level officers who manage its executive and administrative operations, including operations relating to administering company-wide policies and procedures, legal affairs, and general business operations.

4.   As part of my job duties, I have access to MultiPlan's systems that store payroll, personnel, and human resources records that are maintained in the ordinary course of business, including records on MultiPlan's employees in California. The payroll, personnel, and human resources data to which I have access includes our California employees' names, employment status, positions, work location, hourly rates of pay, hire and termination dates, timekeeping data (i.e., dates and times worked), and pay data associated with each paycheck issued to them.

5.   Plaintiff James Brewer's actual base pay at termination was $45,272.80. The value of Plaintiff's employer paid benefits at termination was $8,869.32 per year in employer paid health and dental care premiums. Plaintiff's average bonus for 2024 was

$1,637.50 per quarter. His bonus was based on meeting certain metrics and was prorated if he did not meet all his bonus target. He was not eligible for his quarterly bonus unless he worked through the end of that quarter and was still an employee at the time bonuses were paid out.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at McLean, Virginia on this 21st day of March 2025.

_____
CAROL NUTTER

4917-9591-0188 / 066692.1021

DECLARATION OF CAROL NUTTER IN SUPPORT OF DEFENDANT'S
REMOVAL OF CIVIL ACTION TO FEDERAL COURT