Judith Cregan, Bar No. 208779
jcregan@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
MULTIPLAN, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BREWER, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MULTIPLAN INC., and DOES 1 through 25,<br><br>　　　　Defendants. | Case No.<br><br>*[Removed from Shasta Superior Court Case No. 25CV-0207044]*<br><br>**CERTIFICATE OF SERVICE**<br><br>Trial Date:　　Not Yet Set<br>Complaint Filed:　February 14, 2025 |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 5200 North Palm Avenue, Suite 302, Fresno, California 93704.2225. On March 21, 2025, I served the within document(s):

1. **NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION**

2. **CIVIL COVER SHEET**

3. **DECLARATION OF JUDITH CREGAN IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

4. **DECLARATION OF CAROL NUTTER IN SUPPORT OF DEFENDANT'S REMOVAL OF CIVIL ACTION TO FEDERAL COURT**

5. **DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

☐ **MAIL**: by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Fresno, California addressed as set forth below.

☐ **OVERNIGHT MAIL**: by depositing a true copy of the same enclosed in a sealed envelope, with delivery fees provided for, in a Federal Express overnight delivery service pick up box or office designated for overnight delivery, and addressed as set forth below.

☐ **HAND DELIVERY:** by personally delivering a copy of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept electronic service, I caused the documents to be sent to the persons at the electronic service addresses listed below.

Zak Franklin, Esq.
Danica Li, Esq.
FRANKLIN LAW P.C.
100 Wilshire Blvd., Suite 700
Santa Monica, California 90401
Tel: 424.258.5129
zak@franklinlawpc.com
danica@franklinlawpc.com

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

      I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on March 21, 2025, at Fresno, California.

*Jennifer A. Drudge*
Jennifer A. Drudge

4929-3654-9676 / 066692.1021