# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Brewer, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Multiplan, Inc., a Delaware Corporation; and DOES 1 through 50,<br><br>　　　　Defendants. | Case No. **2:25−CV−00920−WBS−DMC**<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER** |

　　The Court upon consideration of the parties' Stipulated Protective Order, ECF No. 10, which has been signed by all counsel, and pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court finds that good cause exists for the entry of this Stipulated Protective Order to govern the disclosure and use of confidential, proprietary, private, and competitively sensitive information in this litigation.

　　Accordingly, the Court hereby APPROVES the Stipulated Protective Order, ECF No. 10, and enters such stipulation on the Court's docket as a protective order governing this case.

　　IT IS SO ORDERED.

Dated: November 14, 2025

_____
DENNIS　　　M.　　　COTA
UNITED STATES MAGISTRATE JUDGE

-1-