Zak Franklin (SBN 302042)
Geoffrey L. Warner (SBN 305647)
**FRANKLIN LAW P.C.**
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone: (424) 258-5129
zak@franklinlawpc.com
geoff@franklinlawpc.com

Attorneys for Plaintiff
James Brewer

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BREWER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MULTIPLAN, INC., and DOES 1 through 25,<br><br>Defendants. | Case No.:  2:25−CV−00920−WBS−DMC<br><br>**ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER**<br><br>District Judge: Hon. William B. Shubb<br>Magistrate Judge: Hon. Dennis M. Cota |

**ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER**

**ORDER**

Having reviewed the parties' Stipulation to Modify the Status (Pretrial Scheduling) Order, and finding that good cause exists pursuant to Federal Rule of Civil Procedure 16(b)(4), the Court hereby GRANTS the parties' stipulation and ORDERS that the Scheduling Order (ECF No. 6) is modified as follows:

| Deadline | New Date |
|---|---|
| Expert Disclosures & Reports (FRCP 26(a)(2)) | October 19, 2026 |
| Rebuttal Expert Disclosures & Reports (FRCP 26(a)(2)) | November 18, 2026 |
| Discovery Cutoff (including all depositions and motions to compel) | December 21, 2026 |
| Motions Cutoff (non-emergency) | February 19, 2027 |
| Final Pretrial Conference | **May 3, 2027, at 1:30 p.m. in Courtroom No. 5** |
| Jury Trial | **July 13, 2027, at 9:00 a.m. in Courtroom No. 5** |

All other terms and conditions of the Scheduling Order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated:  May 12, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
**ORDER TO MODIFY THE STATUS (PRETRIAL SCHEDULING) ORDER**