Zak Franklin, Bar No. 302042
zak@franklinlawpc.com
Geoffrey Warner, Bar No. 305647
geoff@franklinlawpc.com
Jonathan Corn, Bar No. 366159
jon@franklinlawpc.com
FRANKLIN LAW P.C.
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone: 424.258.5129

Attorneys for Plaintiff
JAMES BREWER

Connie Michaels, Bar No. 128065
cmichaels@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067
Telephone: 310.772.7204
Facsimile: 310.553.5583

Flora Feizi, Bar No. 347729
ffeizi@littler.com
LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
Telephone: 916.830.7200
Facsimile: 916.561.0828

Attorneys for Defendant
MULTIPLAN, INC.

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BREWER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MULTIPLAN INC.; and DOES 1 through 25,<br><br>Defendants. | Case No. 2:25-cv-00920-WBS-ICD<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271**<br><br>Trial Date: July 13, 2027<br>Complaint Filed: February 14, 2025 |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action into the Voluntary Dispute Resolution Program.

Dated: November 3, 2026

FRANKLIN LAW P.C.

*/s/ Geoffrey L. Warner*
Zak Franklin
Geoffrey Warner
Jonathan Corn
Attorneys for Plaintiff
JAMES BREWER

Dated: November 3, 2026

LITTLER MENDELSON, P.C.

Connie Michaels
Flora Feizi
Attorneys for Defendant
MULTIPLAN, INC.

IT IS SO ORDERED that this action is submitted to the Voluntary Dispute Resolution Program.

Dated: November 3, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
500 Capitol Mall, Suite 2000
Sacramento, California 95814
916.830.7200